*In re* INTEGRACIÓN DE SALAS DE VERANO.

*Número:* ES-2010-001        *Resuelto:* 18 de junio de 2010

## RESOLUCIÓN

En conformidad con lo dispuesto en la Regla 4(d) del Reglamento de este Tribunal, 4 L.P.R.A. Ap. XXI-A, se constituyen las Salas de Verano siguientes para funcionar durante el receso:

*Del 1 de julio al 15 de agosto de 2010*
Hon. Liana Fiol Matta, *presidenta*

Hon. Anabelle Rodríguez Rodríguez
Hon. Rafael L. Martínez Torres

*Del 16 de agosto al 30 de septiembre de 2010*
Hon. Federico Hernández Denton, *presidente*
Hon. Mildred G. Pabón Charneco
Hon. Erick V. Kolthoff Caraballo

Los Presidentes de Sala quedan facultados para sustituir a los Jueces que no puedan intervenir en algún asunto ante su consideración, y asimismo para convocar al Pleno del Tribunal cuando sea necesario.

El Tribunal continuará emitiendo y certificando opiniones y sentencias durante este periodo.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*